IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05- 105 |
| ) | |
| ERNEST WILSON, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO SEAL INDICTMENT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ferris W. Wharton, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant Ernest Wilson.

COLM F. CONNOLLY
United States Attorney

By: _____
Ferris W. Wharton
Assistant United States Attorney

Dated: November 29, 2005

**AND NOW**, to wit, this ___ day of _November_, 2005, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of defendant.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
NOV 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE