IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-105. |
| ) | |
| ERNEST WILSON, ) | |
| ) | |
| Defendant. ) | |

**REDACTED**

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

Between on or about December 22, 2004 and on or about January 26, 2005, in the State and District of Delaware, Ernest Wilson, defendant herein, being a postal employee, did knowingly steal and remove articles from the mail, to wit: four $5.00 Liberty gold coins and three $10.00 Liberty gold coins, that had come into his possession intended to be conveyed by mail and delivered by any person employed in any department of the Postal Service to Rare Coin Alliance, Ltd., 3601 North Market Street, Suite C, Wilmington, Delaware 19802, all in violation of Title 18, United States Code, Section 1709.

FILED
NOV 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### COUNT TWO

On or about February 4, 2005, in the State and District of Delaware, Ernest Wilson, defendant herein, being a postal employee, did knowingly steal and remove an article from the mail, to wit: a 1909 O $5.00 Indian-head gold coin, serial number 1668666-001, that had come into his possession intended to be conveyed by mail and delivered by any person employed in any department of the Postal Service to Robert Higgins, RCA, 3601 North Market Street, Suite C,

Wilmington, Delaware 19802, all in violation of Title 18, United States Code Section 1709.

## COUNT THREE

On or about July 11, 2005, in the State and District of Delaware, Ernest Wilson, defendant herein, being a postal employee, did knowingly steal and remove an article from the mail, to wit: a 1907 $10.00 Indian-head gold coin, serial number 1937676002, that had come into his possession intended to be conveyed by mail and delivered by any person employed in any department of the Postal Service to Bob Higgins/C.A.M.I., 3601 North Market Street, Suite C, Wilmington, Delaware 19802, all in violation of Title 18, United States Code Section 1709.

## COUNT FOUR

Between on or about December 22, 2004 and on or about July 30, 2005, in the State and District of Delaware and in the Eastern District of Pennsylvania, Erriest Wilson, defendant herein, did transport in interstate commerce four $5.00 Liberty gold coins, two $10.00 Liberty gold coins, a 1909 O Indian-head $5.00 gold coin, serial number 1668666-001, and a 1907 $10.00 Indian-head gold coin, serial number 1937676002, having an aggragate value of $5,000.00 or more, knowing the same to have been stolen, all in violation of Title 18, United States Code Section 2314.



A TRUE BILL:



Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY


Ferris W. Wharton
Assistant United States Attorney

Dated: 11/29/05