IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>ERNEST WILSON )   | Criminal Action No. 05- *105* |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ferris W. Wharton, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Ernest Wilson, as a result of the Indictment returned against him on November 29, 2005.

COLM F. CONNOLLY
United States Attorney

By: _____
Ferris W. Wharton
Assistant United States Attorney

Dated: November 29, 2005

**AND NOW**, this _____ day of _November_____, 2005, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Ernest Wilson.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge