AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of                    DELAWARE

UNITED STATES OF AMERICA

V.

ERNEST WILSON

## WARRANT FOR ARREST

Case Number:   CR 05-105-UNA

To: The United States Marshal
    and any Authorized United States Officer

SEALED  UNSEALED 12/12/05 KJL.

YOU ARE HEREBY COMMANDED to arrest          ERNEST WILSON
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complain  ☐ Order of court    Violation    Probation Violation Petition

charging him or her       (brief description of offense)

THEFT OF MAIL BY A POSTAL EMPLOYEE ( COUNTS I THRU III );
INTERSTATE TRANSPORTATION OF STOLEN PROPERTY   ( COUNT IV )

in violation of          18          United States Code, Section(s)          1709

Peter T. Dalleo
Name of Issuing Officer

BY: _____ ; Deputy Clerk
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

November 30, 2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____ by _____
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| EiNest T. Wilson |

| DATE RECEIVED 10/10/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10:50 AM | Thomas M. Gormley Postal Inspector | |

AO 442   (Rev. 12/85) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____