IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.  ERNEST WILSON   CASE NO. CR 05-105-JJF

The defendant, ERNEST WILSON , having been scheduled for arraignment on  DECEMBER 22, 2005  and a continuance having been made by the  COURT  for the following reason; DUE TO COURT SCHEDULING CONFLICTS . The Court finds that the ends of justice served by ordering the continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued  JANUARY 19, 2006

(2) The period between  DECEMBER 22, 2005  and JAN. 19, 2006  shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 1/19/06

FILED
JAN 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE