IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-105 JJF |
| | : | |
| ERNEST WILSON, | : | |
| | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, a Scheduling Conference was held on April 13, 2006;

WHEREAS, the parties were instructed to inform the Court of the status of the case by May 31, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that the time between April 13, 2006 and May 31, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

May 5, 2006
_____
DATE

_____
UNITED STATES DISTRICT JUDGE