# MICHAEL J. MALLOY & ASSOCIATES

10 Veterans Square
Media, Pennsylvania 19063
(610) 565-9145
(610) 565-1602 – Fax

Michael J. Malloy, Esquire
Burrcat@msn.com
Elizabeth Curran McDonald, Esquire
Malloy_EmcDonald@msn.com

June 8, 2006



VIA FACSIMILE AND OVERNIGHT MAIL

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 N. King Street
Wilmington, DE 19801

    Re: U.S.A. v. Ernest Wilson
        Docket No: CR05-105

Dear Judge Farnum:

    This is to advise you on behalf of my client, Ernest Wilson, that he has elected to proceed to trial in the above captioned matter. I have previously notified opposing counsel of Mr. Wilson's decision and once again notify him by copy of this correspondence.

                        Very truly yours,

                        MICHAEL J. MALLOY

MJM:jp
cc: Ernest Wilson
    David Hall, A.U.S.A.