IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :Criminal Action No. 05-105-JJF |
| | : |
| ERNEST WILSON, | : |
| | : |
| Defendant. | : |

### UNITED STATES' REQUEST FOR SPECIAL VOIR DIRE

NOW COMES the United States of America, by and through its undersigned attorney, and hereby requests that the Court submit the following questions to the jury panel in the above-captioned case:

1. Do you know (witness list to be supplied)?

2. This case involves charges of theft of mail and interstate transportation of stolen property between December 2004 and July 2005. The defendant is accused of stealing Liberty and Indian-head gold coins from the mail while he was employed as a postal employee. He is further accused of transporting stolen gold coins across state lines from Delaware to Pennsylvania. Is there anything about the nature of the charges that would prevent you from being an impartial juror?

3. Have you, a close friend or relative been investigated by the United States Postal Inspection Service, the Pennsylvania State Police, or other law enforcement agency?

4. Would the fact that the United States Postal Inspection Service and the Pennsylvania State Police investigated this case interfere with your ability to be fair and impartial?

5. Have you served on a jury for a criminal case before?

6. Have you, a close friend or relative ever been arrested for anything other than a minor traffic offense?

7. Have you ever testified in a criminal case?

8. Do you have any pending claims against the United States?

                              COLM F. CONNOLLY
                              United States Attorney


                          BY: /s/ David L. Hall
                              David L. Hall
                              Assistant United States Attorney
                              1007 Orange Street, Suite 700
                              Wilmington, Delaware 19899

Dated: 19 June 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : |
| v. | :Criminal Action No. 05-105-JJF |
| ERNEST WILSON, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, Legal Assistant with the United States Attorney's Office for the District of Delaware, hereby certify that on the 19th day of June, 2006, I caused to be electronically filed:

**UNITED STATES' REQUEST FOR SPECIAL VOIR DIRE**

with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF and will be electronically transmitted to the following:

Michael J. Malloy, Esquire
10 Veterans Square
Media, Pa. 19063

/s/ Jennifer Brown
Jennifer Brown
Legal Assistant