IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-105 JJF |
| ERNEST WILSON, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, on April 13, 2006, the Court held a Scheduling Conference;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Trial will commence on **Thursday, July 6, 2006 at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) The parties shall submit to the Court Jointly Proposed Jury Instructions and Proposed Voir Dire Questions, along with a copy on disc in WordPerfect format, no later than **Friday, June 30, 2006**.

3) Motions in limine shall be filed no later than **Tuesday, June 27, 2006**, Responses to said motions shall be filed no later than **Thursday, June 29, 2006**.

4) 2. The time between May 31, 2006 and July 6, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

June 30, 2006
DATE

UNITED STATES DISTRICT COURT