

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

The Nemours Building                          (302) 573-6277
1007 Orange Street, Suite 700          FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

June 30, 2006

Honorable Joseph J. Farnan
United States District Court
844 North King Street
Wilmington, DE 19801

RE:     U.S. v. Ernest Wilson
        Cr.A.No. 05-105

Dear Judge Farnan:

        Please find enclosed a diskette containing the Joint Request for Special Voir Dire and the Joint Request for Jury Instructions.

                        Respectfully,

                        COLM F. CONNOLLY
                        United States Attorney

                By: _____
                        David L. Hall
                        Assistant United States Attorney

DLH/jb
Enc.
cc: Michael J. Malloy, Esq. (w/encl)