REDACTED

Filed in open court on 7/7/06 03

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-105-JJF |
| | : | |
| ERNEST WILSON | : | |
| | : | |
| Defendant. | : | |

### VERDICT FORM

1. As to Count One, charging the Defendant with theft of mail by a postal employee, to wit: four $5 Liberty gold coins and three $10 Liberty gold coins, we the jury find the Defendant

  ✓ Guilty          _____ Not Guilty.

2. As to Count Two, charging the Defendant with theft of mail by a postal employee, to wit: one 1909 O $5 Indian-head gold coin (serial number 1668666-001), we the jury find the Defendant

  ✓ Guilty          _____ Not Guilty.

3. As to Count Three, charging the Defendant with theft of mail by a postal employee, to wit: one 1907 $10 gold coin (serial number 1937676002), we the jury find the Defendant

  ✓ Guilty          _____ Not Guilty.

4.  As to Count Four, charging the Defendant with interstate transportation of stolen property, we the jury find the Defendant

__✓__ Guilty  _____ Not Guilty.

If your response to number 4 was guilty, then proceed to number 5. If your response to number 4 was not guilty, then your deliberations have ended.

5.  We the jury find that the Defendant transported the following items of stolen property across state lines:

__✓__ Four $5 Liberty gold coins

__✓__ Two $10 Liberty gold coins

__✓__ One 1909 O $5 Indian-head gold coin (serial number 1668666-001)

__✓__ One 1907 $10 gold coin (serial number 1937676002)