AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF ___Delaware___

**EXHIBIT AND WITNESS LIST**

USA    v.    Wilson

Case Number: 05-105-JJF

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Farnan | David L. Hall | Michael Malloy |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Jul. 6-7, 2006 | Heather | Phil |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 7/6/06 | | | Maryanne Durham |
| 1-33 | | 7/6/06 | ✓ | ✓ | (see stipulation D.I. 20) |
| W2 | | 7/6/06 | | | Robert Higgins |
| W3 | | 7/6/06 | | | Charles Shore |
| W4 | | 7/7/06 | | | PA State Police Trooper Jordan Spallone |
| | 34 | 7/7/06 | ✓ | ■ | Incident Report of Trooper Jordan Spallone |
| W5 | | 7/7/06 | | | Jaqueline Dotson |
| W6 | | 7/7/06 | | | Tom Gormley, Postal Inspector |
| | W1 | 7/7/06 | | | Lisa Djeray |
| | W2 | 7/7/06 | | | May Gordon |
| | W3 | 7/7/06 | | | Doris Brown |
| | W4 | 7/7/06 | | | Stan Becks |
| | W5 | 7/7/06 | | | Karen Burrett |
| | W6 | 7/7/06 | | | James Richardson |
| | W7 | 7/7/06 | | | Cynthia Bailey |
| | W8 | 7/7/06 | | | Cheryl Sloane |
| | W9 | 7/7/06 | | | Ronda Frazier |
| | W10 | 7/7/06 | | | John W. Guy |
| | W11 | 7/7/06 | | | George Wilson |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages