IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                            Criminal Action NO. 05-105(JJF)

ERNEST WILSON,

    Defendant.

### ORDER

AND NOW, this \_\_13\_\_ day of July, 2006, it is

ORDERED that the Clerk of the Court for the District of Delaware be and he is hereby directed to furnish lunch for 14 jurors in the above entitled case for July 6 thru 7, 2006.

_____
UNITED STATES DISTRICT JUDGE

CC: Financial Administrator



FILED
JUN 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE