IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05-105 (JJF) |
| | ) | |
| ERNEST WILSON, | ) | |
|     Defendant. | ) | |

RETURN OF CERTAIN GOVERNMENT EXHIBITS

WHEREAS, the jury in the above-captioned case having reached a verdict,

WHEREAS, Government's exhibits 1 through 33 are being returned to the U.S. Attorney's Office or law enforcement agency designated by the U.S. Attorney for security purposes.

IT IS HEREBY ORDERED that:

1. The above referenced exhibits are to be retained by the government until the expiration of the appeal period.

2. A receipt with the following information shall be executed for the above-referenced exhibits.

Received by: _Thomas M. Gormley_
(NAME OF CUSTODIAN)

of _US Postal Inspection Service_     7/27/06
(NAME OF CUSTODIAN'S AGENCY)

Signature of Custodian: _Thomas M. Gormley_

FILED
AUG 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_8/7/06_
DATE

_Joseph J. Farnan Jr._
UNITED STATES DISTRICT COURT JUDGE