# MICHAEL J. MALLOY & ASSOCIATES

10 Veterans Square
Media, Pennsylvania 19063
(610) 565-9145
(610) 565-1602 – Fax

Michael J. Malloy, Esquire
Burrcat@msn.com
Elizabeth Curran McDonald, Esquire
Malloy_EmcDonald@msn.com



September 20, 2006

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 N. King Street
Wilmington, DE 19801

    Re: U.S.A. v. Ernest Wilson
       Docket No: CR05-105

Dear Judge Farnan:

    Enclosed please find a courtesy copy of defendant's Request for Continuance of Sentencing of which has been filed electronically. By copy of this letter, Mr. Hall has received a hard copy of this document.

                                  Very truly yours,

                                  MICHAEL J. MALLOY

MJM:sa
Enclosure
cc: David L. Hall, AUSA

