IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATE OF AMERICA : | |
| : | Criminal Action No.: 05-105 |
| vs. : | |
| : | |
| ERNEST WILSON : | |

### ORDER

AND NOW, this 27 day of September, 2006 upon Motion of Michael J. Malloy, Esquire, Attorney for defendant, Ernest Wilson, and pursuant to Federal Rules of Criminal Procedure No. 32, it is ORDERED and DECREED that the defendant, be granted a continuance.

**BY THE COURT:**

_____
J.