# MICHAEL J. MALLOY & ASSOCIATES

10 Veterans Square
Media, Pennsylvania 19063
(610) 565-9145
(610) 565-1602 – Fax

Michael J. Malloy, Esquire
Burrcat@msn.com
Elizabeth Curran McDonald, Esquire
Malloy_EmcDonald@msn.com

September 25, 2006

Clerk of Courts
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:  U.S.A. v. Ernest Wilson
        Docket No:  CR05-105

Dear Sir or Madam:

    Please file the enclosed Request for Continuance of Sentencing on behalf of my client, Mr. Wilson in the above-captioned matter.

Very truly yours,

MICHAEL J. MALLOY

MJM:sa
Enclosure
cc:  David L. Hall, AUSA (w/enc.)
     Ernest Wilson

[RECEIVED SEP 26 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE]