IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-105 JJF |
| ERNEST J. WILSON, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, a Jury found the Defendant guilty of Counts One through Four of the Indictment;

WHEREAS, the Court granted Defendant's Motion for Continuance of the October 26, 2006 Sentencing (D.I. 34);

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, November 2, 2006 at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

October 6, 2006
DATE

UNITED STATES DISTRICT JUDGE